Smith v City of Buffalo

2026 NY Slip Op 02571

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

JEREMIAH SMITH, PLAINTIFF-APPELLANT,

v

CITY OF BUFFALO, CITY OF BUFFALO POLICE DEPARTMENT, AND JOHN DOES 1-10, DEFENDANTS-RESPONDENTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

352 CA 24-01986

Present: Whalen, P.J., Curran, Ogden, Nowak, And Delconte, JJ.

HORN WRIGHT, LLP, BUFFALO (RON F. WRIGHT OF COUNSEL), FOR PLAINTIFF-APPELLANT.

ROBERT E. QUINN, ACTING CORPORATION COUNSEL, BUFFALO (DAVID M. LEE OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

Appeal from an order of the Supreme Court, Erie County (Edward Pace, J.), entered November 12, 2024. The order denied the motion of plaintiff for leave to amend the complaint.

[*1]

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court